# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER G. GRAIN, an Individual; ANNETTE BARNES-GRAIN, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS, a Foreign Limited-Liability Company; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.:   2:23-cv-02123-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(Amended First Request)** |

Plaintiffs, PETER G. GRAIN and ANNETTE BARNES-GRAIN, and Defendants, NEVADA PROPERTY 1, LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS, by and through their respective attorneys, do hereby stipulate to extend the discovery cutoff in the above-captioned case for a period of ninety (90) days.

Pursuant to LR IA 6-1, the parties hereby aver that this is the first such discovery extension requested in this matter.

**I.     DISCOVERY COMPLETED**

1. Plaintiffs served their initial disclosures on January 3, 2024;

2. Defendant served its initial disclosures on January 24, 2024;
3. Plaintiffs served their First Set of Requests for Admission on January 24, 2024;
4. Plaintiffs served their First Set of Interrogatories on January 24, 2024;
5. Plaintiffs served their First Set of Requests for Production of Documents on January 24, 2024;
6. Defendant served its first supplemental disclosure on February 21, 2024.
7. Defendant served its Response to Plaintiff's First Set of Requests for Admission on February 23, 2024;
8. Plaintiff served his Second Set of Requests for Production of Documents on February 26, 2024.

## II. DISCOVERY TO BE COMPLETED

1. The deposition of Nevada Property 1, LLC's corporate designees pursuant to FRCP 30(b)(6);
2. The deposition of Security Manager, Daniel Rokke;
3. The deposition of Executive Director of Security, Stacy Rodd;
4. The deposition of Security Officer, Charles Thorpe;
5. The deposition of Security Officer, McKay Stanley;
6. The deposition of Plaintiff Peter Grain;
7. The deposition of Plaintiff Annette Barnes-Grain;
8. The parties intend to conduct the depositions of additional fact witnesses;
9. The parties will disclose expert witnesses and depose their respective experts; and
10. The parties intend to supplement numerous expert witnesses and reports.

## III. REASONS WHY THE DISCOVERY DEADLINE WAS NOT SATISFIED

The parties have worked diligently in discovery thus far, and have a cordial working relationship. However, there is important discovery that remains to be completed.

Plaintiffs filed this matter in the Eighth Judicial District Court on September 26, 2023, and Defendant served its Answer on November 13, 2023. Plaintiffs moved to exempt the matter

from the Court Annexed Arbitration Program on December 1, 2023, pursuant to Nev. Arb. R. 5(A) (requiring that a request for exemption from arbitration be filed within 20 days after the filing of an answer by the first answering defendant). On December 15, 2023, the ADR Commissioner granted the Request for Exemption from Arbitration. Plaintiffs served their Notice of Early Case Conference on December 18, 2023, scheduling the conference for January 5, 2024, which was the first date available by the parties. Discovery could not have taken place until after Plaintiffs' request was decided and the parties conducted their Early Case Conference pursuant to Nev. R. Civ. P. 16.1(b)(1) (parties are not required to particulate in an early case conference if the exemption from arbitration has been requested but not decided).

On December 26, 2023, Defendant petitioned for removal to the U.S. District Court (ECF No. 1). The parties timely conducted the F.R.C.P. 26(f) conference on January 4, 2024 (ECF No. 7). This Court's Scheduling Order (ECF No. 8). placed all case deadlines from the date of Defendant's filed its answer in state court, although discovery could not have been undertaken at any point prior to Defendant filing its petition.

The parties have been diligent in conducting discovery. Plaintiffs' initial F.R.C.P. 26(a) disclosure was served on January 3, 2024. On January 24, 2024, Plaintiffs served their first set of interrogatories, requests for admission, and requests for production of documents on Defendant. Defendant's responses to this written discovery are still outstanding. Defendant requested an additional two to four weeks to provide comprehensive responses to Plaintiff's written discovery requests. To date, responses have not yet been served.

Defendant's initial F.R.C.P. 26(a) disclosure was served on January 24, 2024, and on February 21, 2024, Defendant supplemented its disclosure with the incident report for the subject event, as well as sixteen new, potential witnesses. Prior to this disclosure, Plaintiffs did not know the names of the security guards involved in the subject incident, and as such, could not take fact-witness depositions. The parties are now scheduling the depositions of four security guards around and/or involved in the subject incident: (1) Daniel Rokke, (2) Stacy Rodd, (3) Charles Thorpe, and (4) McKay Stanley. The parties are also in the process of scheduling the deposition of Defendant's F.R.C.P. 30(b)(6) designee.

On February 26, 2024, Plaintiffs served their Second Set of Requests for Production on Defendant. These requests seek the employment file and/or human resources file for the security guards identified in Defendant's first supplemental F.R.C.P. 26(a) disclosure, which was served on February 21, 2024.

The initial expert disclosure deadline is currently set for March 14, 2024. The remaining discovery, including depositions and production of additional documents, is necessary for both parties' experts to form complete opinions about the matters at issue. *See* Fed. R. Civ. P. 26(2)(B) (requiring retained expert witnesses to set forth "a complete statement of all opinions the witness will express and the basis and reasons for them.").

The requested extension is made in good faith, and not for the purposes of delay. Based on the foregoing, the parties submit that good cause exists to grant the requested extension.

IV.     **PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:**

|  | **EXISTING DEADLINES** | **PROPOSED DEADLINES** |
|---|---|---|
| **Close of Discovery** | May 13, 2024 | **August 12, 2024** |
| **Initial Expert Disclosures Deadlines** | March 14, 2024 | **June 12, 2024** |
| **Rebuttal Expert Disclosure Deadline** | April 15, 2024 | **July 15, 2024** |
| **Final Date for Dispositive Motions** | June 13, 2024 | **September 11, 2024** |
| **Pretrial Order** | July 15, 2024 | **October 14, 2024** |

/ / /

/ / /

/ / /

**ORDER**

IT IS SO ORDERED.

Dated: February 27, 2024

_____
Nancy J. Koppe
United States Magistrate Judge