**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Nevada Property 1, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Peter G. Grain, an individual; Annette Barnes-Grain, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>Nevada Property 1, LLC d/b/a The Cosmopolitan of Las Vegas, a Foreign Limited-Liability Company; Does I through X; and Roe Business Entities I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-02123<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss this matter with prejudice, each to bear their own fees and costs. No trial date was assigned.

| CHRISTIANSEN TRIAL LAWYERS | **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| BY: */s/ Todd Terry*<br>R. TODD TERRY<br>Nevada Bar No. 6519<br>Attorneys for Plaintiffs | BY: */s/ Michael Lowry*<br>MICHAEL P. LOWRY<br>Nevada Bar No. 10666<br>Attorneys for Nevada Property 1, LLC |
| | It is so ordered.<br><br>_____<br>DISTRICT JUDGE |

314543816v.1